B 250A (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

In re Charlene MBaugh    **Debtor**    Bankruptcy Case No. 13-41992

**Plaintiff**

Major Motors Inc    **Defendant**    Adversary Proceeding No. 13-4035

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk: United States Bankruptcy Court
600 E. First St. Room 339
Rome, GA 30161

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of ~~Plaintiff's Attorney~~ Charlene M Baugh
10 Carriage Hill Drive
Cartersville, GA 30120

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
Clerk of the Bankruptcy Court

August 23, 2013
_____
Date

By: _____
Deputy Clerk